UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

NERI SHEYLA GARCIA VASQUEZ,                                          Petitioner,

v.                                                        Civil Action No. 4:26-cv-42-RGJ

JASON WOOSLEY, et al.,                                               Respondents.

\* \* \* \* \*

# ORDER

Petitioner has filed a notice of voluntary dismissal as Petitioner was "released from Respondents' custody." [DE 10 at 66]. Accordingly, and the Court being otherwise sufficiently advised,

IT IS ORDERED:

1. The pending Petition [DE 1] is **MOOT**.

2. All pending dates and deadlines are **VACATED**.

3. This action is **DISMISSED** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

4. The action is **CLOSED** and **STRICKEN** from the Court's active docket.

*Rebecca Grady Jennings, District Judge*
United States District Court

February 2, 2026

1